178 F.3d 1280
 Timothy Murphy
v.
John Kaye, Monmouth County Prosecutor, Monmouth County,
Monmouth County Prosecutor's Office, Monmouth County Board
of Chosen Freeholders, Dennis Connelly, Detective, John Doe,
Borough of Freehold, William Burew, Chief of Police, Charles
Ward, Officer, Donald Peppler, Assistant Monmouth County
Prosecutor, Brian Rubino, Detective, Monmouth County
Prosecutor's Narcotics Strike Force
 NO. 98-5392
 United States Court of Appeals,
Third Circuit.
 March 10, 1999
 
 1
 Appeal From: D.N.J. ,No97cv00537.
 
 
 2
 Affirmed.